# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 06-049 |
| ABE JYLES | SECTION: "C" |

## ORDER AND REASONS

Before the Court is Abe Jyles's ("Jyles") Petition to Modify Term of Imprisonment. (Rec. Doc. 123). Jyles brings his petition asking the Court to retroactively impose a reduced sentence using a methodology that aligns offense levels for cocaine base with those for cocaine.

The Court is permitted to modify a sentence in limited circumstances. *See United States v. Lopez*, 26 F.3d 512, 515 (5th Cir. 1994). Pursuant to 18 U.S.C. § 3582(c), a court may modify a sentence if 1) it is requested by the Director of the Bureau of Prisons; 2) it is permitted by statute or Federal Rule of Criminal Procedure 35; or 3) the Sentencing Commission has lowered the sentencing range for the crime for which the defendant is imprisoned.

None of the above categories applies in this case. Although the Court is aware of the recent sea change in both the courts and the legislature regarding this topic, the Sentencing Commission has not yet taken action that would permit the Court to grant the requested relief at this time. Jyles's petition is, perhaps, premature.

Accordingly,

IT IS ORDERED, that the Petition to Modify Term of Imprisonment is DENIED.

New Orleans, Louisiana, this 3rd day of May, 2010.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE